This memorandum opinion was not selected for publication in the New Mexico Appellate Reports. Please see Rule 12-405 NMRA for restrictions on the citation of unpublished memorandum opinions. Please also note that this electronic memorandum opinion may contain computer-generated errors or other deviations from the official paper version filed by the Court of Appeals and does not include the filing date.

**IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO**

**KARL E. MEHNER and FRANCES J. MEHNER, Husband and Wife,**

    Plaintiffs-Appellants,

**v.**                           **No. 33,705**

**GERALD HASSELL, and/or his successor, Individually, and in his official capacity as PRESIDENT, and BANK OF NEW YORK, an ens legis being used to conceal fraud; 7 CEDAR LANE, SANDIA PARK, BERNALILLO, COUNTY, NEW MEXICO; ALL PERSONS CLAIMING BY, THROUGH OR UNDER SUCH PERSONS; ALL PERSONS UNKNOWN, CLAIMING ANY LEGAL OR EQUITABLE TITLE, ESTATE, LIEN OR INTEREST IN THE PROPERTY DESCRIBED IN THE ACTION ADVERSE TO TITLEHOLDERS' TITLE THERETO; and JOHN AND JANE DOES (Investors) 1 to 20, XYZ CORPORATIONS 1-10, Inclusive,**

    Defendants-Appellees,

and

**ROBERT K. GOULDING and BARBARA M. GOULDING,**

    Defendants.

**APPEAL FROM THE DISTRICT COURT OF BERNALILLO COUNTY**
**Clay Campbell, District Judge**

Karl E. Mehner
Frances J. Mehner
Albuquerque, NM

Pro Se Appellants

Modrall, Sperling, Roehl, Harris & Sisk, P.A.
William R. Keleher
Allison L. Biles
Albuquerque, NM

for Appellees

Joseph L. Werntz
Albuquerque, NM

for Defendants

## MEMORANDUM OPINION

**FRY, Judge.**

{1}     Summary dismissal was proposed for the reasons stated in the calendar notice. No memorandum opposing summary dismissal has been filed, and the time for doing so has expired.  Dismissed.

     **IT IS SO ORDERED.**

 

 

**CYNTHIA A. FRY, Judge**

**WE CONCUR:**

_____

**RODERICK T. KENNEDY, Chief Judge**


_____

**JONATHAN B. SUTIN, Judge**